HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar # 344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN ZAMORA,<br><br>Defendant. | Case No. 1:20-cr-00140-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:   September 30, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Laura Jean Berger, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant BRIAN ZAMORA, that the Court may continue the sentencing hearing from September 16, 2022, to September 30, 2022, at 9:00 a.m.

The continuance is required to accommodate defense counsel's schedule and for the completion of the defense investigation related to sentencing.  Counsel for the government and probation have no objection to the requested change of date.  No objections to the PSR will be filed.

As this is a sentencing hearing, no exclusion of time is necessary.

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: September 12, 2022 | */s/ Laura Jean Berger*<br>LAURA JEAN BERGER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 12, 2022 | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>BRIAN ZAMORA |

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for September 16, 2022, to September 30, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **September 12, 2022**

UNITED STATES DISTRICT JUDGE

Zamora / Stipulation and
Proposed Order

2