MICHELE BECKWITH
Acting United States Attorney
MICHAEL G. TIERNEY
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00140 JLT SKO |
|---|---|
| Plaintiff, | STIPULATION |
| v. | |
| BRIAN ZAMORA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    A status conference for the alleged supervised release violations in this matter was previously set for July 15, 2025, at 2 p.m.

    2.    By this stipulation, the above-named defendant seeks to continue the matter to August 12, 2025, at 2 p.m. in order to review body worn camera evidence received on July 7, 2025.

    3.    Counsel for the defendant further wishes to confer with his client, who is in custody, review discovery and determine whether the defendant ultimately wishes to contest or dispose of this matter by means of an admission.

    4.    The parties stipulate that there is good cause for a continuance, since it will not only ensure effective assistance of counsel but conserve judicial resources.

    IT IS SO STIPULATED.

Dated:  July 7, 2025                               MICHELE BECKWITH
                                                   Acting United States Attorney


                                                   /s/ KAREN A. ESCOBAR
                                                   KAREN A. ESCOBAR
                                                   MICHAEL G. TIERNEY
                                                   Assistant United States
                                                   Attorneys

Dated:  July 7, 2025                               /s/ YAN SHRAYBERMAN
                                                   YAN SHRAYBERMAN
                                                   Counsel for Defendant
                                                   BRIAN ZAMORA


**FINDINGS AND ORDER**

The Court finds that there is good cause to vacate the preliminary hearing currently set for July 15 2025, and orders the setting of a status conference on August 12, 2025, at 2 p.m. before the Duty Magistrate Judge in Fresno.

IT IS SO ORDERED.

Dated:   **July 8, 2025**                        /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE