CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:  (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Brian Zamora

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#:  1:20-cr-00140-JLT-SKO |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Brian Zamora | |
| Defendant. | |

On June 3, 2025, Defendant Zamora appeared on the violation of supervised release.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Mr Zamora on June 9, 2025 in his criminal case. Mr Zamora was sentenced on the violation on October 1, 2025.  The time for filing a direct appeal was October 14, 2025.  No direct appeal was filed.   Mr Zamora was in custody at sentencing. The trial phase of Mr Zamora's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Zamora, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr Zamora require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 15, 2025				CROWN LAW FIRM

					/s/ Yan E. Shrayberman
					YAN E. SHRAYBERMAN
					Attorney for Defendant
					Mr. Zamora

## ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Zamora status and contact information.

Fresno County Jail
P.O. Box 872
Fresno, CA 93712

IT IS SO ORDERED.

Dated:   **October 15, 2025**				_____
						UNITED STATES DISTRICT JUDGE